[No. 26422. Department Two. August 9, 1937.]

THE FEDERAL LAND BANK OF SPOKANE, *Respondent*, v. LOUIS STATELEN *et al., Defendants,* CHARLES H. WOLFE *et al., Appellants.*[1]

*L. H. Wheeler* and *Leo W. Stewart,* for appellants.

*William Healy, Dana E. Brinck, H. R. Newton,* and *R. L. Bartling,* for respondent.

PER CURIAM.—There being a stipulation in the record in this cause that the decision of this court in cause No. 26421, *ante* p. 155, 70 P. (2d) 1053, an action between the same parties, "shall be taken and deemed the decision" in this, the judgment and decree from which this appeal was taken is accordingly affirmed.

[1]Reported in 70 P. (2d) 1055.